UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN C. THOMAS | CIVIL ACTION |
| VERSUS | NO: 11-1384 |
| STEVEN RADER, WARDEN | SECTION: R(2) |

### ORDER

The Court, having reviewed *de novo* the petition for *habeas corpus* filed by Steven C. Thomas, the applicable law, the Magistrate Judge's Report and Recommendation, and Thomas's objections, finds no merit in Thomas's petition or objections and that the Magistrate Judge's Report and Recommendation is correct. The Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that Thomas's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 9th day of January, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE